FILED
May 17, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:    DT
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS JUAN VARELA-ESQUIVEL,<br><br>Defendant. | Case No: EP:23-CR-00925-DCG<br><br>**I N D I C T M E N T**<br><br>**CT 1:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; and<br>**CT 2:** 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance<br>**CT 3:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; and<br>**CT 4:** 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance<br>**CT 5:** 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute; and<br>**CT 6:** 21:841(a)(1)-Possession with Intent to Distribute a Controlled Substance |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(C))

Beginning on or about September 1, 2020, and continuing to and including September 25, 2020, in the Western District of Texas, Defendant,

**LUIS JUAN VARELA-ESQUIVEL,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 846, that is to say, the Defendant conspired to possess a controlled substance, which offense involved methamphetamine, a Schedule II Controlled Substance, with intent to distribute same, contrary to Title 21, United States Code, Section 841(a)(1) and the quantity of methamphetamine involved in the conspiracy and

Rev. 2017-11-30

attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably foreseeable to Defendant is a quantity of a mixture or substance containing a detectable amount of methamphetamine, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT TWO
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about September 25, 2020, in the Western District of Texas, Defendant,

**LUIS JUAN VARELA-ESQUIVEL,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(C))

Beginning on or about September 1, 2020, and continuing to and including September 25, 2020, in the Western District of Texas, Defendant,

**LUIS JUAN VARELA-ESQUIVEL,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 846, that is to say, the Defendant conspired to possess a controlled substance, which offense involved heroin, a Schedule I Controlled Substance, with intent to distribute same, in violation of Title 21, United States Code, Sections 841(a)(1) and the quantity of the heroin involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other conspirators reasonably

foreseeable to Defendant is a quantity of a mixture or substance containing a detectable amount of heroin, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about September 25, 2020, in the Western District of Texas, Defendant,

**LUIS JUAN VARELA-ESQUIVEL,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE
(21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(C))

Beginning on or about September 1, 2020, and continuing to and including September 25, 2020, in the Western District of Texas, Defendant,

**LUIS JUAN VARELA-ESQUIVEL,**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed with others to the Grand Jury known and unknown, to commit an offense against the United States, in violation of Title 21, United States Code, Section 846, that is to say, the Defendant conspired to possess a controlled substance, which offense involved N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, with intent to distribute same, in violation of Title 21, United States Code, Section 841(a)(1) and the quantity of the mixture or substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl) involved in the conspiracy and attributable to Defendant as a result of Defendant's own conduct and as a result of the conduct of other

conspirators reasonably foreseeable to Defendant is a quantity of a mixture or substance containing a detectable amount of fentanyl, all in violation of Title 21, United States Code, Sections 846, 841(a)(1) & 841(b)(1)(C).

### COUNT SIX
(21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C))

On or about September 25, 2020, in the Western District of Texas, Defendant,

**LUIS JUAN VARELA-ESQUIVEL,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (otherwise known as fentanyl), a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.



FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
   Assistant United States Attorney